UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-cr-879 (SHS) |
| -v- | : | ORDER |
| GUILLREMO ARIAS MONCION, | : | |
| Defendant. | : | |

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The Court having received a letter from defendant on January 23, 2024, requesting permission to travel to the Dominican Republic from February 3, 2024, to February 11, 2024,

IT IS HEREBY ORDERED that the request to travel to the Dominican Republic is granted on the following conditions:

1. Defendant shall complete his monthly supervision reports since October 2023 and submit them to U.S. Probation Officer Brittany Valentine; and

2. Defendant shall submit his required financial statement to Maria Cotto, Legal Administrative Specialist, U.S. Attorney's Office.

Defendant shall direct any questions regarding this matter to U.S. Probation Officer Valentine.

Dated: New York, New York
       January 23, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

Chambers has sent this Order to defendant by U.S. Mail and Email.