Guillermo Arias
1995 Sedwick Avenue
Bronx, NY 10463


MEMO ENDORSED

July 24, 2024

Honorable Sydney Stein
United States District Court
500 Pearl Street,
New York, NY 10007
RE: United States v. Guillermo Arias
    Case No. 1-cr879-7

*August 5, 2024*
*Application denied. Defendant may travel outside this district with the permission of his probation officer.*
*SO Ordered.*
*Sidney H. Stein*
*U.S.D.J.*

Letter/Motion to Request Reconsideration of Motion for Early Termination:

Dear Judge Stein:

   Please let this letter serve in lieu of a motion for reconsideration of the denial of my motion for early termination of my supervised release dated April 19, 2024. In support I have attached 3 letter/affidavits from my College (St. Francis) my mother (Maria Y. Moncion) and my employer (Anchor Health Home Care Services).

   You will notice in my mother's letter she mentions my relationship with my 7 year old daughter. Hence, is the reason for this request. Judge Stein, my daughter will return to school in early September. My Supervised release ends on September 24, 2024. I would like the opportunity to travel with my daughter, as a free man, before she returns to school when I will not have much time to spend thereafter due to her school and my work schedule.

   As such, I respectfully request the Court reconsider and grant early termination to my last 2 months of Supervised Release.

Respectfully Submitted,

*Guillermo Arias*

Guillermo Arias
1995 Sedwick Avenue
Bronx, NY 10463

cc: U.S. Attorneys Office
    Southern District of New York
    1 Saint Andrews Plaza
    New York, NY 10007